# United States District Court
for the

__WESTERN__ DISTRICT OF __OKLAHOMA__

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: MJ-21-206-STE |
| GEORGE SKITT III, | ) |
| a/k/a George Skitt Jr. | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 1, 2020, in the county of Stephens, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 O.S. § 1431 and 18 U.S.C. §§ 1153(b) and 13 | First Degree Burglary within Indian Country |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, Sarah King, Federal Bureau of Investigation, which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

*Complainant's signature*

SARAH KING
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: **Mar 31, 2021**

City and State: Lawton, OK

*Judge's signature*

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Sarah King, a Special Agent of the Federal Bureau of Investigation (FBI), Oklahoma City Division, being duly sworn, state:

## AFFIANT'S EXPERIENCE

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since 2017. Throughout my employment as an FBI agent my duties have included investigations of white-collar crimes, civil rights violations, violent crimes against children, and Indian country crimes.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United States Code.

## PURPOSE OF AFFIDAVIT

3. This Affidavit is submitted in support of a complaint charging GEORGE SKITT III, also known as George Skitt Jr. (SKITT), an Indian, with Burglary in the First Degree in violation of Title 21, Oklahoma Statutes, Section 1431, and Title 18, United States Code, Sections 1153(b) and 13.

4. I am aware of the information set forth below through conversations with other law enforcement officers, review of reports and affidavits prepared by other law enforcement officers, and review of documents from related state court proceedings. This case was originally investigated by the Duncan Police Department (DPD), the Stephens County District Attorney's

1

Office (SCDAO), and other agencies. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to secure a complaint.

## PROBABLE CAUSE

5. On or about July 1, 2020, at approximately 11:00 a.m., DPD officers were dispatched to 302 East Walnut in Duncan, Oklahoma after the residents made 911 calls regarding a burglary in progress. This residence is in Stephens County within the Western District of Oklahoma. Upon arrival, Ismael Perez had previously advised dispatch that a white male had just broken into his home and that the male had left on foot carrying a black bag.

6. Upon arrival, DPD officers had watched a white male they recognized as GEORGE SKITT, running from 302 East Walnut, north down the alley while carrying a black bag. The officers recognized SKITT due to prior law enforcement contacts with him.

7. A short time later, DPD officers searched the alley and found SKITT hiding in the backyard of a residence on North B Street. DPD officers also found the black bag that SKITT was seen carrying previously. While officers took SKITT into custody they observed that SKITT's left hand had a laceration and he was bleeding from the wound.

8. Officers then met with the minor victims, Ismael Perez (16), Uzeil Perez (12) and Eiliel Perez (9). Their mother, Milna Avila, was also present at the residence. Officers had shown Ismael the black bag for him to examine its contents; Ismael identified two drills and a silver first aid kit box as being taken from his residence.

9. At the time of the burglary, Milna had gone to pick up her son, Ismael, from work and had left Uzeil and Eliel at home for a short time. Uzeil told DPD officers that he and his brother Eliel was sitting in the living room when a white male came to their front and knocked. Uzeil immediately called his mom who advised him she would be home soon. A short time later, the two minor victims heard a window in the back of their residence being broken. Uzeil and Eliel were very scared and called their mother again. Concurrently, the same white male they had previously seen on their porch had just walked into their living room. The male stopped when he noticed there were people in the home. The male told the two boys (Uzeil and Eliel) he was there to mow the lawn and ran out the back door.

10. The Officers observed the window on the east side of the residence had been broken from the outside, the mini blind being torn from the opening and on the inside of the room. Officers also observed what appeared to be blood on the blinds and on the wall near the entry of the living room.

11. Duncan Police Department Officers captured photos of blood through the home, the broken window and the black bag and its contents as evidence.

12. Uzeil later positively identified SKITT as the individual that he saw inside of his home when SKITT was taken to the patrol car in order to be taken to county jail.

13. I received a Tribal Citizenship Verification for SKITT, which confirmed that he possessed Indian blood and is an enrolled tribal member of the Cherokee Nation, a federally recognized tribe. Consequently, he is an American Indian within the meaning of federal law. The residence at 302 East Walnut Street, Duncan, Stephens County, Oklahoma, within the Western District of Oklahoma, is within the exterior boundaries of the Chickasaw Nation Reservation, which qualifies as Indian country under 18 U.S.C. § 1151.

## CONCLUSION

14. Based on my training and experience, and the foregoing facts, I believe that probable cause exists to support a criminal complaint and arrest warrant for GEORGE SKITT III, a/k/a George Skitt Jr. for violation of Title 21, Oklahoma Statutes, Section 1431, and Title 18, United States Code, Sections 1153(b) and 13, committed on or about July 1, 2020, all while within Indian country as defined by Title 18, United States Code, Section 1151.

Further Your Affiant sayeth not.

_____
SARAH KING
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this the __31st__ day of March, 2021.

_____
SHON T. ERWIN
United States Magistrate Judge